UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH S. DURAN, <br><br> Petitioner, <br><br> v. <br><br> FOSS, <br><br> Respondent. | Case No. 19-cv-01248-JD <br><br> **ORDER OF TRANSFER** <br> Re: Dkt. No. 4 |

This is a habeas case filed pro se by a state prisoner. Petitioner challenges a conviction obtained in Solano County Superior Court. Solano County is in the venue of the United States District Court for the Eastern District of California. Petitioner previously filed a habeas petition in the Eastern District regarding this same conviction that was denied on the merits and affirmed by the Ninth Circuit. *See Duran v. Grounds*, No. 14-cv-0094 JAM GGH. Petitioner is incarcerated in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in the Eastern District of California and already filed a habeas petition in that district, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

In view of the transfer, the Court will not rule upon plaintiff's motion to proceed in forma pauperis (Docket No. 4) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 16, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH S. DURAN,

    Plaintiff,

v.

FOSS,

    Defendant.

Case No. 19-cv-01248-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph S. Duran ID: AF2185
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: April 16, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3